[No. 38297.    Department One.    July 7, 1966.]

EARL A. WARING, *Respondent*, v. STANLEY L. LOBDELL *et al.,*
*Appellants.**

*Brigham & Brigham,* for appellants.
*Little & Jones,* by *Jay Roy Jones,* for respondent.

PER CURIAM.—This is a second appeal from a judgment awarded
plaintiff against the defendants for one half the amount of taxes, pen-
alties and interest assessed by the Internal Revenue Service for the
operation of certain pinball machines. The machines were operated in
plaintiff's place of business under an agreement with the defendant
husband, owner of the machines.

The first appeal, *Waring v. Lobdell,* 63 Wn.2d 532, 387 P.2d 979
(1964), resulted in the case being remanded to the trial court with
a direction to make findings of fact and conclusions of law on whether
the relief sought by the plaintiff was based upon a contract to engage
in a gambling enterprise, the court to take additional evidence pertaining
thereto in its discretion.

The trial court found that: "No contract was made by plaintiff or
defendant to engage in a gambling enterprise, nor were the machines
placed in plaintiff's premises by defendant used for gambling purposes."

The court also found that the operation of the machines was pursuant
to a joint adventure, the parties agreeing to share equally in all expenses
as well as profits. Further, it found that the plaintiff had taken all steps
reasonably required of a partner in a joint adventure to dispose of a
claim by the United States concerning license fees.

We see no reason to disturb these findings. The judgment of the trial
court is affirmed with costs allowed to the plaintiff.